**Renée E. Rothauge, WSBA #20661**
ReneeRothauge@MHGM.com
MARKOWITZ, HERBOLD, GLADE
  & MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax:  (503) 323-9105

        Attorneys for Plaintiff Werner Paddles, Inc.

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **WERNER PADDLES, INC.**, a Washington corporation,<br><br>                             Plaintiff,<br><br>    vs.<br><br>**BRANCHES LLC**, a Wisconsin limited liability company doing business as **AQUA-BOUND TECHNOLOGIES**,<br><br>                             Defendant. | CV No. _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL REQUESTED** |

    Plaintiff Werner Paddles, Inc. ("Werner") brings this action against Branches LLC, doing business as Aqua-Bound Technologies ("Aqua-Bound"), and alleges as follows:

**THE PARTIES**

1.

    Plaintiff Werner is a Washington corporation duly authorized to do business in the State of Washington with its principal place of business located in Snohomish County,

**COMPLAINT - 1**

**MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.**
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON  97204-3730
(503) 295-3085

Washington. Werner designs and manufactures high quality paddles for touring, whitewater and canoeing.

2.

On information and belief, Defendant Branches LLC is a Wisconsin limited liability company doing business as Aqua-Bound Technologies, licensed to do business in the State of Wisconsin with its principal place of business located in Osceola, Wisconsin. It also sells paddles in all states, including Washington.

**JURISDICTION AND VENUE**

3.

The amount in controversy between the parties exceeds $75,000.

4.

This action arises under the patent laws of the United States, including 35 U.S.C. § 271 et seq.

5.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (actions arising under the laws of the United States), and 28 U.S.C. § 1338(a) (actions arising under patent law).

6.

Venue is appropriate under 28 U.S.C. § 1391(a) and (b) in that a substantial part of the events or omissions giving rise to the claims occurred within the Western District of Washington, and 28 U.S.C. § 1400(a) in that plaintiff Werner and/or their agents may be found within the Western District of Washington.

7.

Defendant Aqua-Bound is subject to this Court's personal jurisdiction, consistent with the principles of due process and the Washington Long Arm Statute, because Aqua-Bound offers their infringing products for sale in the Western District of Washington, have

COMPLAINT - 2

MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

transacted business in this District, and/or have committed and/or induced acts of patent infringement in this District.

## FACTS COMMON TO ALL CLAIMS

8.

Plaintiff Werner is owner of all right, title and interest in U.S. Patent No. 6,881,111 ("the '111 Patent") issued on April 19, 2005 and entitled "Shaft coupler with positive angular and axial locking features for coupling paddle sections together and angularly positioning the sections relative to each other." A true and correct copy of the '111 Patent is attached hereto as Exhibit A.

9.

Defendant Aqua-Bound makes, uses, sells and offers to sell, and/or contributes to or induces others to make, use, sell or offer to sell products that infringe the patent-in-suit. One such line of infringing products is the Aqua-Bound paddle.

10.

Aqua-Bound has continued to sell infringing products such as its Aqua-Bound paddle, even though it has actual notice of the patent-in-suit. Aqua-Bound has been recklessly indifferent to Werner's patent rights and is willfully infringing its patent-in-suit.

## FIRST CLAIM FOR RELIEF
(Infringement of the '111 Patent)

11.

Plaintiff incorporates and realleges paragraphs 1-9 above.

12.

Defendant Aqua-Bound makes, uses, sells, and offers to sell within the United States, and/or import into the United States, products called Aqua-Bound paddles that infringe claim 24 of the '111 Patent. A true and correct copy of an advertisement describing many of the features of the Aqua-Bound paddle products is attached hereto as Exhibit B.

COMPLAINT - 3

MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

13.

Aqua-Bound's infringement is ongoing and willful.

14.

Aqua-Bound's ongoing infringement is irreparably harming Werner's business opportunities and sales.  Aqua-Bound's ongoing infringement will continue unless enjoined by this Court, preliminarily and/or permanently under 35 U.S.C. § 283.

15.

Werner is entitled to damages for Aqua-Bound's infringement and may be entitled to enhanced damages and attorneys' fees under 35 U.S.C. § 284 and § 285.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Werner requests the Court to order or enter the following relief:

    A.    Damages adequate to compensate Werner for infringement of the patent-in-suit based on lost profits, price erosion, or at least a reasonable royalty;

    B.    A declaration that Aqua-Bound's infringement of the patent-in-suit has been willful and that this case is exceptional under 35 U.S.C. § 285;

    C.    Enhanced damages, costs and attorneys' fees if appropriate under 35 U.S.C. § 284 and § 285.

    D.    A preliminary and permanent injunction barring Aqua-Bound from continuing to sell infringing products and an order requiring Aqua-Bound to destroy or deliver to Werner all infringing products; and

    E.    Any other relief the Court deems to be just and appropriate.

///

///

///

///

COMPLAINT - 4

MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON  97204-3730
(503) 295-3085

DEMAND FOR JURY TRIAL

Werner demands a trial by jury on all issues so triable.

DATED this 28th day of February, 2013.

          MARKOWITZ, HERBOLD, GLADE
            & MEHLHAF, P.C.

By: */s/ Renée E. Rothauge*
    Renée E. Rothauge, WSBA #20661
    Of Attorneys for Plaintiff

WERNBR\329023

COMPLAINT - 5

MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085